UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 26-23969-CIV-MORENO**

MICHAEL TORRES HERNANDEZ,

Petitioner,

vs.

WARDEN, KROME NORTH SPC; ACTING SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, Markwayne Mullin; ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, Todd Lyons; U.S. ATTORNEY GENERAL,

Respondents.
______________________________/

**ORDER DENYING MOTION TO EXPEDITE PROCEEDINGS**

THIS CAUSE came before the Court upon Petitioner's Motion to Expedite Proceedings **(D.E. 4)**, filed on **August 14, 2026.**

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED. Petitioner is responsible for serving the Respondents. Petitioner's motion provides no grounds for why the Court should direct the Clerk to serve process on the Respondents.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th of August 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record