UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 26-23969-CIV-MORENO**

MICHAEL TORRES HERNANDEZ,

Petitioner,

vs.

WARDEN, KROME NORTH SPC; ACTING SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, Markwayne Mullin; ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, Todd Lyons; U.S. ATTORNEY GENERAL,

Respondents.
_________________________________________/

**ORDER TO SHOW CAUSE**

THIS CAUSE came before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record, and the last recorded date of various proceedings. It appears that Petitioner filed the complaint on **June 5, 2026** and service of the summons and complaint has not been executed as of the date of this order. Therefore, it is

ADJUDGED that Petitioner shall file a response with the Court no later than **September 8, 2026** to show cause why this case should not be dismissed for failure to serve the summons and complaint upon Respondents within 90 days after the filing of the complaint pursuant to Federal Rule of Civil Procedure 4(m). If Petitioner fails to file such response, then the Court shall dismiss the action.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th of August 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record