UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 26-23969-CIV-MORENO**

MICHAEL TORRES HERNANDEZ,

Petitioner,

vs.

WARDEN, KROME NORTH SPC; ACTING SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, Markwayne Mullin; ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, Todd Lyons; U.S. ATTORNEY GENERAL,

Respondents.

______________________________________/

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND REQUIRING GOVERNMENT TO RESPOND**

THIS CAUSE came before the Court upon Petitioner's Response to Order to Show Cause **(D.E. 7)** filed on **August 28, 2026**.

THE COURT has considered the response to the Order to Show Cause, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the Order to Show Cause is DISCHARGED. The Government is directed to file a response to the Petition by no later than **September 29, 2026**.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th of September 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record