UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 26-23969-CIV-MORENO**

MICHAEL TORRES HERNANDEZ,

Petitioner,

vs.

WARDEN, KROME NORTH SPC; ACTING SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, Markwayne Mullin; ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, Todd Lyons; U.S. ATTORNEY GENERAL,

Respondents.
______________________________________/

**ORDER GRANTING PETITION FOR HABEAS CORPUS**

THIS CAUSE came before the Court upon the Response to the Court's Order to Show Cause **(D.E. 11)**, filed on **October 7, 2026**. The Respondents indicated in their response that they do not oppose the Court ordering an individualized bond hearing in this case. Based on this response, it is

**ADJUDGED** that the petition for writ of habeas corpus is GRANTED to the extent Petitioner seeks a bond hearing. Respondents shall provide Petitioner with an individualized bond hearing by no later than October 26, 2026. Respondents shall provide a status report to this Court by no later than October 30, 2026.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th of October 2026.

______________________________________
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record